CATHERINE NEVINS, as Administratrix of the Estate of WILLIAM NEVINS, Deceased, Respondent, *v.* STEEPLECHASE AMUSEMENT COMPANY, INC., Appellant.

Argued January 21, 1937; decided March 9, 1937.

*William B. Shelton* for appellant.

*Thomas J. O'Neil* and *L. Daniel Danziger* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ.   Taking no part: HUBBS, J.